IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT OLLIE, )
)
    Plaintiff, )
)
v. ) Case No. 3:11-cv-324-GPM-DGW
)
DARLENE BLUDWORTH, et al., )
)
    Defendants. )

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court on the Motions to Compel filed by Plaintiff on October 21, 2013 and November 7, 2013 (Docs. 70 and 73, respectively). The Motions are **DENIED**.

Plaintiff seeks production of various documents and the last known addresses of various individuals. Each request will be taken in turn.

Request 1: grievances, etc. filed by other inmates against Defendants

> This request seeks documents that are irrelevant to the claims and defenses in this lawsuit. Grievance submitted by other inmates do not relate to the claims of constitutional violations (i.e. an assault and failure to provide medical care) allegedly perpetrated against Plaintiff by these individual defendants.

Request 5: transcripts/documents of hearing held on 6/16/09

> These documents are presumably related to a public court hearing. As such, Defendants are not obligated to provide copies which Plaintiff himself can acquire from a Clerk of Court.

Requests 6, 7, 8: Medical and related records of Defendants Lustig and Huffman

> The medical records of Defendants, or any injuries they may have suffered, are irrelevant to whether they assaulted and beat Plaintiff and whether they failed to provide medical care to Plaintiff. Defendants also indicate that they are not in possession of any photographs of injuries or documents evidencing sick leave.

Requests 9, 10, 11:   Records of disciplinary actions taken against Plaintiff

> Defendants indicate that they have no such documents or that they are contained, if at all, in Plaintiff's "Inmate's file" which has been produced to Plaintiff.  If Plaintiff requires additional information regarding his own disciplinary history, he should seek such documents from the prison.

Plaintiff has also provided a list of 25 individuals that he presumably served upon Defendants in order to seek a last known address.  Some of these individuals are Defendants; however, it is unclear from the list who the other individuals are or how they are related to this lawsuit.  To the extent that Plaintiff seeks the home addresses of Defendants, such a request is **DENIED** for both security and relevance reasons.   Plaintiff may serve documents and other items intended for Defendants upon their attorney.  As to the other individuals, Defendants are not obligated to seek out the addresses of individuals who Plaintiff either intends to serve discovery on or who he intends to call at trial.   Plaintiff must seek their addresses through other means.

For the foregoing reasons, the Motions are **DENIED**.

**IT IS SO ORDERED.**

**DATED: December 3, 2013**

> **DONALD G. WILKERSON**
> **United States Magistrate Judge**