IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT OLLIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-324-NJR-DGW |
| | ) |
| DARLENE BLUDWORTH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the "Notice to District Court and Clerks," construed as a Motion to Waive Filing Fee, filed by Plaintiff, Robert Ollie, on February 25, 2015 (Doc. 98). The Motion is **DENIED**.

Plaintiff states that this matter has settled and that no monies from his prison trust fund account should be withdrawn to pay the filings fees and that any amount withdrawn to pay such fees after the settlement agreement should be refunded. Title 28 U.S.C. § 1914 provides for the collection of a filing fee against any party "instituting any civil action, suit or proceeding." Local Rule 3.1 further provides for the advance payment of fees, that is, prior to the filing of any papers, including a complaint. Title 28 U.S.C. §1915, however, allows for suit without the prepayment of the filing fee for those financially unable to make such a payment, like Plaintiff in this matter. The statute further states that "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of the filing fee." There is no rule of law that would prevent the collection of the full amount of the filing fee even though a matter has been settled. Plaintiff is required to pay the full amount of the $350.00 filing fee, through installments as outlined in the Order entered on April 21, 2011 (Doc. 5). Plaintiff is informed

that, as of the date of this Order, he has a remaining balance of $222.40.

Plaintiff's Motion is accordingly **DENIED**.

**IT IS SO ORDERED.**

**DATED: March 26, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**